DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 




 NO. 12-02-00204-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




DANA BEATY,
§
 APPEAL FROM THE 

APPELLANT


V.
§
 COUNTY COURT AT LAW NO. 2 OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS







MEMORANDUM OPINION (1)


 Appellant has filed a motion to withdraw her notice of appeal and dismiss this appeal. The
motion is signed by Appellant and her counsel. No decision having been delivered by this Court,
the motion is granted, and the appeal is dismissed in accordance with Texas Rule of Appellate
Procedure 42.2.


Opinion delivered August 7, 2002.

Panel consisted of Gohmert, Jr., C.J., Worthen, J., and Griffith, J.









(DO NOT PUBLISH)
1. See Tex. R. App. P. 47.1.